# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 0 5 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| REMIGIO REYES-JUAREZ § | |
|    Plaintiff-Petitioner, § | |
| § | CIVIL ACTION NO. B-01-050 |
| VS. § | |
| § | CRIMINAL NO. B-99-434-001 |
| UNITED STATES OF AMERICA, § | |
|    Defendant-Respondent. § | |

## O R D E R

Petitioner, Remigio Reyes-Juarez, has filed a Motion To Vacate Sentence pursuant to Title 28, U.S.C. § 2255. Petitioner will be allowed to proceed in Forma Pauperis. The United States Government is hereby ordered to file a response by May 18, 2001.

DONE at Brownsville, Texas, this 3rd day of April, 2001.

                                                John Wm. Black
                                               United States Magistrate Judge