```
                    U.S. DISTRICT COURT
                  SOUTHERN DISTRICT TEXAS
                         FILED

                    01 JUL 20  PM 3: 19

                    MICHAEL N. MILBY, CLERK
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

REMIGIO REYES-JUAREZ
        Petitioner,               C.A. NO. B-01-050

V.

                                CR. NO. B-99-434

UNITED STATES OF AMERICA
        Respondent,


THE STATE OF TEXAS        *
                                        *
CAMERON COUNTY         *

---

## AFFIDAVIT

---

      I, SANDRA ZAMORA ZAYAS, STATE UNDER OATH THAT I AM OVER THE AGE OF EIGHTEEN, OF SOUND MIND, AND CAPABLE OF MAKING THIS AFFIDAVIT. I STATE UNDER OATH THE FOLLOWING:

"I am an attorney working for the Federal Public Defender's Office, Brownsville, Texas Division;

"The Federal Public Defender's Office was appointed to represent Mr. Remigio Reyes-Juarez in Criminal Cause Number B-99-434, and I was assigned to the case;

"Mr. Reyes-Juarez was being charged with the offense of Illegal Reentry Following Deportation;

"I met with Mr. Reyes-Juarez on various occasions in order to prepare for trial;

"On January 18, 2000, Pre-trial motions were litigated before the Honorable Stewart A. Newblatt;

"Upon the conclusion of the Pre-Trial Motions Hearing, Mr. Reyes-Juarez decided that he wanted to enter a guilty plea and not proceed with a trial;

"As I remember, Mr. Reyes-Juarez entered into an agreement with the United States Government that he would not file a notice of appeal if the United States Government would agree that they would not request that he be sentenced to the high end of the sentencing guideline range;

"Mr. Reyes-Juarez entered a guilty plea before the Honorable Stewart A. Newblatt and he was scheduled for sentencing on March 28, 2000 before the Honorable Filemon B. Vela;

"On March 28, 2000, Mr. Reyes-Juarez was sentenced by Judge Filemon B. Vela to the low end of the sentencing guideline range, he was sentenced to fifty-seven (57) months;

"I personally met with Mr. Reyes-Juarez at the Cameron County Detention Center after he was sentenced;

"Mr. Reyes-Juarez and I talked about the sentence and his appellate rights;

"I explained to him that he had the right to appeal the sentence and he expressed to me that he did not wish to appeal;

"I remember Mr. Reyes-Juarez stating in Spanish, "que se quede asi...", meaning let the sentence stand and let it go;

"I remember emphasizing to him whether he was sure that he did not want to appeal the sentence and he said yes;

"I showed him the document that our office has our clients sign when they want to waive their right to appeal and I explained to him that by signing the document he was telling our office that he chose not to appeal the sentence;

"Mr. Reyes-Juarez stated that he understood the document he was signing;

"Mr. Reyes-Juarez signed the Waiver of Appeal, which a copy is attached as Exhibit "A";

"Our office proceeded to close the file following Mr. Reyes-Juarez' signature on the Waiver of Appeal form;

"I would further like to state that I am fluent in Spanish, and that all of my conversations with Mr. Reyes-Juarez were in Spanish.

AFFIANT STATE NOTHING FURTHER:

_____
SANDRA ZAMORA ZAYAS

Sworn and subscribed before me on this _30_ Day of _July_____, 2001.

_____
Notary Public of the State of Texas
Commission Expires:

MINERVA SAENZ
MY COMMISSION EXPIRES
APRIL 05, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES OF AMERICA § 

VS § CRIMINAL NO. 99-434

Remigio Reyes-Juarez §

I, the undersigned defendant in this cause, hereby declare that my attorney has advised me of my right to appeal all matters relating to the sentencing in this case at no cost to me. I wish to inform the Court that I do not wish to appeal my sentence.

_Remigio Reyes Juarez_
Defendant

_Sandra Z. Zayas_
Attorney

DATE: March 30 2000