9

United States District Court
Southern District of Texas
FILED

THE HONORABLE JOHN WM. BLACK

SEP 2 8 2001

HEARING

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-~~01-~~050        DATE & TIME: ___09-28-01 AT 1:30 P.M.___

REMIGIO REYES-JUAREZ        PLAINTIFF(S)   NOE GARZA
                            COUNSEL

VS.

UNITED STATES OF AMERICA    DEFENDANT(S)   PAULA OFFENHAUSER
                            COUNSEL

---

ERO: Gabriel Mendieta
CSO: Richard Haralson
USM: Doug Atkinson
Interpreter: Sandra Cortez

Attorneys Noe Garza and Mark Dowd and Sandra Zayas appeared in chambers.

Counsel for petitioner requested continuance. Hearing will be reset.