# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

OCT 0 4 2001

Michael N. Milby, Clerk
By Deputy Clerk

| | |
|---|---|
| REMIGIO REYES-JUAREZ § | |
| § | |
| VS. § | CIVIL ACTION NO. B-01-050 |
| § | |
| UNITED STATES OF AMERICA § | |

TYPE OF CASE:    __X__ CIVIL        ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**EVIDENTIARY HEARING**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**NOVEMBER 16, 2001 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   OCTOBER 3, 2001

TO:     MR. NOE GARZA
        MS. PAULA OFFENHAUSER
        MS. SANDRA ZAYAS