United States District Court
Southern District of Texas
FILED

NOV 1 6 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CA B-01-050; B-99-434 |
| | ) | |
| REMIGIO REYES-JUAREZ | ) | |

**MOTION FOR CONTINUANCE**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now REMIGIO REYES-JUAREZ, hereinafter referred to as Defendant, by and through his attorney of record, Mr. Noe D. Garza, Jr. and respectfully requests this Court to grant him a continuance on his writ of habeas corpus hearing. In support thereof, Defendant would show the following:

I.

On August 30, 2001, this Court appointed the undersigned to represent Defendant in the above-mentioned cause.

II.

On March 28, 2000, Defendant was sentenced in cause no. 99-CR-434-01 to a term of 57 months in prison by the Honorable Filemon B. Vela for having committed the felony offense of illegal reentry after having been convicted and deported for an aggravated felony.

III.

On March 21, 2001, Defendant filed a writ of habeas corpus complaining of his trial counsel. In his writ, Defendant complains that his trial counsel was ineffective because she failed to object to the 16 level increase and for not properly preparing and investigating his case. In addition, he complains that his trial counsel did not appeal his illegal sentence and/or incorrect sentence.

IV.

In order to adequately prepare for Defendant's writ of habeas corpus hearing, Defendant's newly appointed counsel needs additional time to secure Defendant's A file and the transcript of Defendant's plea and other pre-trial hearings.

V.

Defendant does not object to having his hearing continued for one month.

VI.

Defendant's attorney has conferred with Mr. Mark Dowd, Assistant United States Attorney, and his not opposed to Defendant's Motion for Continuance.

WHEREFORE, Defendant respectfully moves this Court to grant a continuance on his writ of habeas corpus hearing to a date in late December 2001. Defendant is requesting to have his case reset to December 21, 2001.

Respectfully submitted,

Law Office of
Noe D. Garza, Jr.
854 E. Van Buren St.
Brownsville, Texas 78520
956-544-2911
956-544-7530 (fax)

By: _____
Noe D. Garza, Jr.
State Bar No. 07736010
Federal Id. No. 8652

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CA B-01-050; B-99-434 |
| ) | |
| REMIGIO REYES-JUAREZ ) | |

**ORDER ON DEFENDANT'S MOTION FOR CONTINUANCE**

On this ____ day of _____ 2001, this Court considered Defendant's Motion for Continuance and after considering the same is of the opinion that said motion should be **GRANTED/DENIED**.

IT IS THEREFORE ORDERED that Defendant's writ of habeas corpus hearing is hereby reset to _____, 2001, at ___:00 ___.m.

_____
JUDGE PRESIDING

## CERTIFICATE OF SERVICE

I, Noe D. Garza, Jr., do hereby certify that a true and correct copy of the above and foregoing Defendant's Motion for Continuance was hand-delivered to the parties listed below:

United States Attorney's Office
600 E. Harrison Street
Brownsville, Texas 78520

on this 16th day of November 2001.

_____
Noe D. Garza, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CA B-01-050; B-99-434 |
| | ) | |
| REMIGIO REYES-JUAREZ | ) | |

CERTIFICATE OF CONSULTATION

I, Noe D. Garza, Jr. do hereby certify that on November 16, 2001, I did discuss with Mr. Mark Dowd, Assistant United States Attorney, Defendant's Motion for Continuance and Mr. Dowd is not opposed to said motion.

Respectfully submitted,

Law Office of
Noe D. Garza, Jr.
854 E. Van Buren St.
Brownsville, Texas 78520
956-544-2911
956-544-7530 (fax)

By: _____
Noe D. Garza, Jr.
State Bar No. 07736010
Federal Id. No. 8652