12

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 27 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CA B-01-050; B-99-434 |
| ) | |
| REMIGIO REYES-JUAREZ ) | |

### ORDER ON DEFENDANT'S MOTION FOR CONTINUANCE

On this **26th** day of **November** 2001, this Court considered Defendant's Motion for Continuance and after considering the same is of the opinion that said motion should be **GRANTED/DENIED**.

IT IS THEREFORE ORDERED that Defendant's writ of habeas corpus hearing is hereby reset to **January 7**, **2002**, at **1:30** **p**.m.

_____
JUDGE PRESIDING