*14*

United States District Court
Southern District of Texas
FILED

JAN 0 7 2002

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

EVIDENTIARY HEARING

CIVIL ACTION NO. B-01-050            DATE & TIME:  01-07-02 AT 1:30 P.M.

REMIGIO REYES-JUAREZ                 PLAINTIFF(S)    NOE GARZA
                                     COUNSEL

VS.

UNITED STATES OF AMERICA             DEFENDANT(S)    PAULA OFFENHAUSER
                                     COUNSEL

---

ERO: Linda Garcia
CSO: Richard Haralson
Interpreter: Sandra Cortez
USM: Homer Rosales

Evidentiary hearing was held. Attorneys Noe Garza and Mark Dowd appeared.

A hand written Motion to Dismiss was presented for filing. Order was not attached.

Objection by the government to the Motion to Dismiss was noted.

Witnesses Sandra Zayas from the U.S. Public Defender's Office, Oscar Gonzalez from U.S. Border Patrol and Defendent Remigio Reyes-Juarez testified.

A Report and Recommendation will be prepared by Judge Black for Judge Vela.