16

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

FEB 21 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| REMIGIO REYES-JUAREZ, Petitioner-Plaintiff, | § § § | |
| VS. | § § | CIVIL ACTION NO. B-01-050 |
| UNITED STATES OF AMERICA, Respondent-Defendant. | § § § § | |

## ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of January 16, 2002, should be **ADOPTED**.

IT IS **ORDERED** that Petitioner Remigio Reyes-Juarez's Motion to to Vacate, Set Aside, or Correct a Sentence Pursuant to 28 U.S.C. § 2255 (Docket No. 1) and hand-written supplement to his section 2255 motion (Docket No. 13) be **DISMISSED**.

DONE in Brownsville, Texas, on this 21st day of February, 2002.

_____
Filemon B. Vela
United States District Court Judge